# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2262
_____

M.T., Mother of J.T., I.S., L.S.,
D.S., R.S., minor children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig C. DeThomasis, Judge.

April 18, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

M.T., pro se, Appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for the Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee; and Jamie Billotte Moses, Holland & Knight, LLP, Orlando, for Guardian ad Litem.